NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STEPHEN STRAUSBAUGH,**
*Petitioner,*

v.

**GOVERNMENT PRINTING OFFICE,**
*Respondent.*

---

2012-3126

---

Petition for review of the Merit Systems Protection Board in case no. AT315H090034-B-3.

---

## ON MOTION

---

## ORDER

Stephen Strausbaugh moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.  The docketing fee must be paid within 14 days from the date of filing of this order.

FOR THE COURT

AUG 29 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Stephen Strausbaugh
    Vincent D. Phillips, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 29 2012

JAN HORBALY
CLERK